

# Missouri Court of Appeals
## Southern District

## DECEMBER 18, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33202

      Re:    In re the Marriage of Scott Cory Goldstein
             and Jeanette Marie Goldstein
             SCOTT CORY GOLDSTEIN,
             Petitioner-Respondent,
             vs.
             JEANETTE MARIE GOLDSTEIN,
             Respondent-Appellant.

2.    Case No.  SD33144

      Re:    PAUL WAYNE LAFFERTY,
             Movant-Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent-Respondent.

3.    Case No.  SD33237

      Re:    DARRELL TIPTON,
             Movant-Appellant,
             v.
             STATE OF MISSOURI,
             Respondent-Respondent.

4.    Case No.  SD33212

      Re:    NELDON H. NEAL,
             Movant-Appellant,
             v.
             STATE OF MISSOURI,
             Respondent-Respondent.